1  LAWRENCE J. GORNICK [SBN 136290]
   EMILY CHARLEY [SBN 238542]
2  LEVIN SIMES KAISER & GORNICK LLP
   One Bush Street, 14th Floor
3  San Francisco, CA  94104
   Telephone:  (415) 646-7160
4  Fax:  (415) 981-1270

5

6
   Attorneys for PLAINTIFF
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 JORENDA BOLDEN,                  | No. C 06 06 1931 JSW

            Plaintiff,              | Before the Honorable JEFFREY S. WHITE
12
            vs.                     | [PROPOSED] ORDER VACATING AND/OR
13                                  | CONTINUING CASE MANAGEMENT
   ELI LILLY AND COMPANY,           | CONFERENCE
14
            Defendant.              | Conference Date:   July 28, 2006
15                                  | Conference Time:   1:30 PM
                                    | Location:          Courtroom 2, 17th Floor
16

17

18   For the reasons set forth in Plaintiff and Defendant's Joint Case Management Conference

19 Statement, the Court hereby continues the July 28, 2006 Case Management Conference ("CMC") to

20 January 26, 2007            , at  1:30 p.m.   .  In the event the case is not transferred to the Honorable

21 Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in

22 advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days

23 before the CMC, pursuant to this Court's Standing Order.

24

25   IT IS SO ORDERED.

26 DATED: July 17, 2006                      _____
                                             Honorable Jeffrey S. White
27                                           United States District Court Judge

28